WISCONSIN GRANITE COMPANY, Respondent, vs. INDUS-
TRIAL COMMISSION and another as administratrix, Ap-
pellants.

*December 11, 1931—June 20, 1932.*

For the appellants there were briefs by *Grotophorst,
Quale & Langer* of Baraboo, attorneys for Matilda Swaf-
ford individually and as administratrix, and the *Attorney
General* and *Mortimer Levitan,* assistant attorney general,
attorneys for the Industrial Commission, and oral argument
by *Mr. Langer* and *Mr. Levitan.*

For the respondent there were briefs by *Richmond, Jack-
man, Wilkie & Toebaas* of Madison and *Lowell A. Lawson*
of Chicago, Illinois, and oral argument by *F. Halsey Kraege*
of Madison and *Harold M. Wilkie.*

The following opinion was filed April 5, 1932:

OWEN, J. This is a companion case of Wisconsin Granite
Company, a corporation, respondent, v. Industrial Commis-
sion of Wisconsin and Matilda Swafford, appellants, de-
cided herewith (*ante,* p. 270, 242 N. W. 191). All of the

■■■■■■■■■■■■■■

questions presented in this case .were considered and decided in that, and the disposition of this case must be the same.

*By the Court.*—Judgment reversed, and cause remanded with instructions to enter judgment remanding the case to the Industrial Commission for further proceedings as indicated in the opinion in *Wisconsin Granite Co. v. Industrial Commission and Matilda Swafford.*

A motion for a rehearing was denied, with $25 costs, on June 20, 1932.